**Dated: July 26, 2021**
**The following is ORDERED:**

_____
**M. Ruthie Hagan**
**UNITED STATES BANKRUPTCY JUDGE**

_____

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TENNESSEE

_____

In re

    Antonio M. Thomas                             Case No. 07-21022-PJD
                                            Chapter 13

    Debtor(s)

_____

### ORDER GRANTING APPLICATION FOR UNCLAIMED FUNDS

_____
_

    In this case the instant matter before the court arises out of a motion filed by the movant-claimant, **Antonio M. Thomas** ("Movant"), who asserts entitlement to certain monies previously paid into the court registry fund in accordance with the statutory procedures established in 11 U.S.C. § 347. See also 28 U.S.C. §§ 2041 and 2042 and the September 9, 1996 Memorandum of the Administrative Office of the United States Courts regarding "Unclaimed Monies in Bankruptcy Cases."

    After notice and opportunity for a hearing and based on the case record as a whole, the court grants this motion, as it is satisfied that the movant is entitled to receive unclaimed funds in the amount of **$1,112.00.**

        **IT IS SO ORDERED :**

    1.   The movant's motion is hereby granted.

    2.   The Bankruptcy Court Clerk shall promptly prepare an appropriate payment voucher and transmit a true copy of this Order and Notice and the approved payment voucher to the Administrative Office of the United States Courts, who is hereby authorized to make payment to the movant in accordance with the foregoing.

    3.   The Bankruptcy Court Clerk additionally shall promptly transmit or mail a copy of this Order and Notice to the entities listed below.

cc:    Movant
        Movant's Attorney, if applicable
        United States Attorney
        United States Trustee